[No. 45909-1-I.   Division One.   August 14, 2000.]

JERRY P. BERGMAN, *Respondent*, v. ERIC TEMPLE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-09823-4, Glenna Hall, J., entered January 10, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 45444-7-I.   Division One.   August 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO PEREZ-SOTO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-04700-8, Janice Niemi, J., entered October 25, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45391-2-I.   Division One.   August 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DARIUS MICHAEL BURGENS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-03506-4, Jeffrey Michael Ramsdell, J., entered January 21, 2000. *Affirmed* by unpublished per curiam opinion.

[Nos. 44332-1-I; 44333-0-I;   Division One.   August 14, 2000.]
       44334-8-I; 44335-6-I;
       44336-4-I.

THE STATE OF WASHINGTON, *Respondent*, v. C.D., ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King County, Nos. 99-8-00156-9, 99-8-00157-7, 99-8-00155-1, 99-8-00159-3, 99-8-00158-5, John M. Darrah, J., entered February 18, 1999. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker and Cox, JJ.